CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 23 2009

JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SCOTT GELLNER,<br>    Plaintiff, | Civil Action No. 7:08cv00442 |
| v. | FINAL ORDER |
| LOUIS KIRK NAGY, et al.,<br>    Defendants. | By: Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1), and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and accompanying memorandum opinion to the plaintiff and counsel of record for the defendants, if known.

ENTER: This 23rd day of January, 2009.

                                                          Senior United States District Judge